In re Johnson, Byron B.; — Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. D, No. 280-463; to the Court of Appeal, Fourth Circuit, No. 2001-K-1123.
Denied. The application raises claims that are time barred, La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189, not cognizable on collateral review, La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172, and repetitive. State v. Johnson, 01-0360 (La.12/14/01), 803 So.2d 986; State ex rel. Johnson v. State, 99-1699 (La.11/5/99), 751 So.2d 235.